**VIERRAMOORE, INC., a California corporation, Plaintiff–counter–defendant–Appellant,**

v.

**CONTINENTAL CASUALTY COMPANY, an Illinois corporation, Defendant–counter–claimant–Appellee.**

**No. 13–15981.**

United States Court of Appeals, Ninth Circuit.

Submitted June 11, 2015.*

Filed June 15, 2015.

Gregory L. Maxim, Thomas G. Trost, Sproul Trost, Roseville, CA, for Plaintiff–counter–defendant–Appellant.

John E. Barry, Richard A. Simpson, Wiley Rein LLP, Washington, DC, John H. Feeney, Esquire, Murphy, Pearson, Bradley & Feeney, San Francisco, CA, for Defendant–counter–claimant–Appellee.

*See* Fed. R.App. P. 34(a)(2).

Before: SILVERMAN, GOULD, and HURWITZ, Circuit Judges.

MEMORANDUM **

VierraMoore, Inc., appeals the district court's grant of summary judgment in favor of Continental Casualty Company in VierraMoore's diversity action alleging that the insurance company breached its duty to defend and indemnify as required in the professional liability policy it issued to VierraMoore. VierraMoore also alleges that Continental Casualty acted in bad faith. We have jurisdiction pursuant to 28 U.S.C. § 1291 and affirm.

We agree with the district court that the bond exclusion, which excluded coverage of any claim "based upon, directly or indirectly arising out of, or in any way involving the failure to effect or maintain any insurance or bond," is broad, unambiguous, and enforceable. All of the claims asserted against VierraMoore in the underlying action arose out of VierraMoore's failure to ensure that surety bonds remained effective until construction was complete. Because of the bond exclusion, there was no potential for coverage under the professional liability policy, and the insurance company had no duty to defend or to indemnify. The district court properly granted summary judgment on all of VierraMoore's claims in favor of Continental Casualty. *Manzarek v. St. Paul Fire &*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Marine Ins. Co.,* 519 F.3d 1025, 1034 (9th Cir.2008).

**AFFIRMED.**